## UNITED STATES DISTRICT COURT
## IN THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ALICE LETSON,

    Plaintiff,

    v.

BOBBY FRYAR TRUCKING CO. INC,
ACUITY, A MUTUAL INSURANCE
COMPANY and NATHANIEL HENRY

    Defendants.

Civil Action No.:

_____

## <u>NOTICE OF REMOVAL</u>

Defendants Acuity, A Mutual Insurance Company and Bobby Fryar Trucking Co., Inc., pursuant to 28 U.S.C. § 1446, hereby file this notice of removal of the civil action now pending in the State Court of Gwinnett County, Georgia, Civil Action File No. 21-C-08073-S6, styled as *Alice Letson v. Bobby Fryar Trucking Co. Inc, Acuity, A Mutual Insurance Company and Nathaniel Henry* (the "civil action"), respectfully showing this Court as follows:

1.    On November 10, 2021, Plaintiff Alice Letson ("Plaintiff") filed this civil action in the State Court of Gwinnett County, Georgia. A copy of the Complaint, Summons and all other items served on these Defendants in the state court action are attached hereto as "Exhibit A."

264292096v.1

2.      In the civil action, Plaintiff claims she sustained bodily injuries as a result of a motor vehicle accident on June 10, 2021. (Complaint ¶¶ 6-8).

3.      In the civil action, Plaintiff seeks recovery for "severe and permanent injuries" including fractured ribs and other orthopedic injuries, and also including past and future medical expenses, lost wages, past and future physical and mental pain and suffering, and punitive damages. (Complaint ¶¶ 9, 30, 32).  Plaintiff further claims that co-defendant Henry was "driving under the influence of drugs" at the time of the incident. (Complaint ¶ 11).

4.      The amount in controversy in this civil action exceeds $75,000.00 exclusive of interest, costs, and attorney's fees and therefore the amount in controversy requirement of 28 U.S.C. §§ 1332(a), 1441(b) is satisfied.

5.      Plaintiff is a citizen of the State of Georgia.

6.      Defendant Bobby Fryar Trucking Co. Inc., is a foreign corporation registered and headquartered with a principal place of business in Tennessee.

7.      Defendant Acuity, A Mutual Insurance Company, is a foreign company registered and headquartered with a principal place of business in Wisconsin.

8.      Defendant Nathaniel Henry is a citizen of the state of Tennessee.[1]

---

[1] The Complaint states that Henry is a resident of North Carolina, but upon information and belief, he is actually a resident of Tennessee. Either way, he is not a Georgia resident so there is complete diversity.

9.    Because the civil action is between citizens of different states, removal on the basis of diversity should be allowed pursuant to 28 U.S.C. §§ 1332(a), 1441(b).

10.   Plaintiff commenced the civil action in the State Court of Gwinnett County, Georgia on November 10, 2021. Plaintiff served Defendant Acuity with a copy of the Summons and Complaint on November 12, 2021. Plaintiff served Defendant Bobby Fryar Trucking Co., Inc. on December 3, 2021.

11.   Accordingly, this notice of removal is timely filed.

12.   Pursuant to 28 U.S.C. § 1446(d), Defendants have provided written notice to all adverse parties and has filed a copy of this Notice of Removal with the Clerk of the State Court of Gwinnett County, State of Georgia (A copy of the Notice of Filing of Notice of Removal submitted to the Clerk of the State Court of Gwinnett County, State of Georgia is attached hereto as "Exhibit B"). WHEREFORE, Defendants Acuity, A Mutual Insurance Company and Bobby Fryar Trucking Co., Inc. remove this case to this Court.

*Signature on following page*

3

This 9th day of December, 2021.

WILSON ELSER MOSKOWITZ
EDELMAN AND DICKER, LLP

/s/ Parks K. Stone
Parks K. Stone
Georgia Bar No. 547930
Lawrence Lee Washburn IV
Georgia Bar No. 562374
Margaret E. Twomey
Georgia Bar No. 768751
*Counsel for Defendants Acuity, A*
*Mutual Insurance Company and Bobby*
*Fryar Trucking Co. Inc.*

3348 Peachtree Road N.E.
Suite 1400
Atlanta, Georgia 30326
Phone: (470) 419-6650
Fax: (470) 419-6651
parks.stone@wilsonelser.com
lee.washburn@wilsonelser.com
meg.twomey@wilsonelser.com

4

## <u>CERTIFICATE OF COMPLIANCE WITH TYPE REQUIREMENTS</u>

The undersigned hereby certifies that the foregoing pleading complies with

the font and point selections approved by the Court in Local Rule 5.1(c). This filing

has been prepared using size 14 Times New Roman font.

**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER, LLP**

<u>*/s/ Parks K. Stone*       </u>
Parks K. Stone

5

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served the within and foregoing **Notice of Removal** on all parties by email and U.S. Mail.

This 9th day of December, 2021.

/s/ Parks K. Stone
Parks K. Stone
